# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON L. BROWN,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA** | : | |
| **OFFICE OF HUMAN RESOURCES,** | : | **NO. 18-544** |
| **CITY OF PHILADELPHIA OFFICE OF** | : | |
| **INNOVATION AND TECHNOLOGY,** | : | |
| *Defendants.* | : | |

# ORDER

**AND NOW**, this 15th day of February, 2018, upon consideration of Mr. Brown's motion to proceed *in forma pauperis*, his *pro se* Complaint, and his motion for relief, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Mr. Brown's Complaint is **DISMISSED** as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons set forth in the Court's Memorandum. Mr. Brown may not file an amended complaint in this matter.

3. Mr. Brown's Motion for Relief is **DENIED**.

4. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*